IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF/RESPONDENT

v.                                              No. 2:14-CR-20008

MICHAEL GENE HANEY                                                            DEFENDANT/PETITIONER

## ORDER

The Court has received a report and recommendation (Doc. 43) from United States Magistrate Judge Mark E. Ford. Petitioner Michael Gene Haney has filed objections. (Doc. 44). The Magistrate recommends that the Court grant Petitioner's 28 U.S.C. § 2255 motion (Doc. 34) to vacate his sentence and schedule this matter for resentencing. Petitioner agrees with the report and recommendation to the extent that it finds that Petitioner's prior Arkansas robbery convictions are no longer violent felonies for purposes of the Armed Career Criminal Act. Petitioner objects to the report and recommendation to the extent that it concludes that his prior battery convictions should still result in an enhancement under United States Sentencing Guidelines § 2K2.1(a)(2).

The Court has conducted de novo review of those portions of the report and recommendation to which Petitioner has objected. 28 U.S.C. § 636(b)(1)(C). The findings and recommendations with respect to the issue of whether Petitioner's offense level on resentencing should be enhanced are not necessary to the Magistrate's conclusion that Petitioner's sentence should be vacated. The Court will not adopt this part of the report and recommendation and need not address the issue further at this time. Instead, Petitioner and the Government can raise their arguments on this issue at resentencing.

The report and recommendation does not otherwise contain any clear error, and it is ADOPTED IN PART.

1

IT IS THEREFORE ORDERED that Petitioner Michael Gene Haney's motion to vacate (Doc. 34) is GRANTED and his sentence is VACATED.  A sentencing hearing, at which Haney must appear and be resentenced, will be separately set for May 10, 2017, at 10:00 AM in the United States District Courthouse in Fort Smith, Arkansas.

The United States Probation Office is directed to prepare and file an addendum to the presentence investigation report recalculating Haney's Guidelines-recommended sentencing range and setting out any supplemental information discovered since Haney's original sentence was imposed, and to provide the Court with an updated sentencing recommendation, by April 10, 2017. Any objections to the addendum and any presentencing memoranda or motions must be filed within 7 days of the filing of the amended report.

Haney will remain in custody pending resentencing, and the United States Marshal is directed to have him brought before this Court for the May 10, 2017 hearing.

IT IS SO ORDERED this 28th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE